UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASPER LLOYD DOCKERY,         )
    Plaintiff,                )
        v.                      )   Civil Action No. 070318
ALBERTO GONZALEZ, et al.,     )
    Defendants.               )
_____)

My respond is to Yourhonor Order in the above case number, filed on Feb-9,2007, that plaintiff must provide the Court with a certified copy of his prison trust fund account statement, including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint. Enclosed, herewith is a copy of my request to staff dated 2/22/07; and a responsive inmate inquiry general information, dated 2/23/07. If the Court need additional information, please drop me a few lines.

Sincerely yours,

Jasper L. Dockery
#39631-053
United States Penitentiary
P.O. Box 2099
Pollock, LA 71467.

2/27/07.

#4

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Ms. Moor or Singleton | 2/22/07 |
| FROM: Jasper Dockery | REGISTER NO.: 39631-053 |
| WORK ASSIGNMENT: P.M. Yard | UNIT: A-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting copy of trust fund account statement for six month period immediately preceding the last day of December 2006. This information is needed by the United States District Court for the District of Columbia in Civil Action No. 070318. It's an order of the Court. Attach herewith is a copy of the court order with the Inmate request form.

(Do not write below this line)

DISPOSITION:

Attached is an Inmate Inquiry for your account. If you require any other information, see your unit Team or address your issue with Trust Fund staff.

Signature Staff Member                          Date: 2-23-07

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)         This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

**FILED**
**FEB - 9 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASPER LLOYD DOCKERY,           )
                                )
        Plaintiff,               )
                                )
            v.                   )   Civil Action No.  **07 0318**
                                )
ALBERTO GONZALEZ, et al.,        )
                                )
        Defendants.              )
_____)

### ORDER

The Court has provisionally authorized the Clerk to file this action. Before the Court will consider the Application to Proceed in Forma Pauperis and the Complaint, Plaintiff must provide certain additional information.

In accordance with 28 U.S.C. § 1915, Plaintiff must provide the Court with a <u>certified</u> copy of his prison trust fund account statement (or institutional equivalent), including the supporting ledger sheets for the six-month period immediately preceding the filing of this complaint, <u>obtained from the appropriate official of each prison at which he is or was confined during those six months</u>. If Plaintiff has been transferred and therefore, after a reasonable effort, is unable to obtain ledger sheets from a previous place of confinement, he shall provide his declaration stating what efforts he has made to obtain the ledger sheets.

The Court advises Plaintiff that federal law requires a plaintiff in a civil action to pay a filing fee of $350.00. After receipt of the trust fund information, the Court will determine whether Plaintiff is able to pay the entire amount in one payment. If the Court determines that Plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, the institution will forward to the Clerk of this Court

3

monthly payments consisting of 20 percent of the deposits made to the Plaintiff's trust fund account during the preceding month each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid in full.

Accordingly, it is

**ORDERED** that within thirty (30) days of this Order, unless an extension of time is granted, Plaintiff shall provide the above-requested information. Failure to comply with this Order will result in dismissal of this action.

_____
United States District Judge

DATE: 1, 20, 0 ⟨illegible⟩

Inmate Inquiry   🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 96▓▓▓▓ | Current Institution: | Pollock USP |
| Inmate Name: | DOCKERY, JASPER | Housing Unit: | POL-A |
| Report Date: | ▓▓/▓▓/▓▓▓▓ | Living Quarters: | A01-143L |
| Report Time: | 4:36:27 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---:|:---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9726 |
| PAC #: | |
| FRP Participation Status: | Refused |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 5/26/2002 |
| Local Account Activation Date: | 7/21/2006 3:33:31 AM |
| Sort Codes: | |
| Last Account Update: | 2/21/2007 5:24:09 PM |
| Account Status: | Active |
| Phone Balance: | $5.89 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---:|:---|
| Account Balance: | $1.42 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $1.05 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.37 |
| National 6 Months Deposits: | $418.25 |
| National 6 Months Withdrawals: | $548.32 |
| National 6 Months Avg Daily Balance: | $25.91 |
| Local Max. Balance - Prev. 30 Days: | $12.35 |
| Average Balance - Prev. 30 Days: | $7.49 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $10.93 |
| YTD Purchases: | $323.83 |
| Last Sales Date: | 2/21/2007 5:24:09 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $25.00 |
| Expended Spending Limit: | $8.20 |
| Remaining Spending Limit: | $16.80 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A 
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments: