# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY<br>No. 39631-053<br>U.S.P. Pollock, POB 2099<br>Pollock, LA 71461<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, U.S.<br>Attorney General; William,<br>G. Stewart II Acting<br>Assistant Director.<br><br>    Defendant, | Civil Action No. 07-0318 (ESH)<br>Electronic Case Filing |

## ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  25th  day of April, 2007, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

**JASPER LLOYD DOCKERY**
No. 39631-053
U.S.P. Pollock, POB 2099
Pollock, LA 71461


**JASPER LLOYD DOCKERY**
No. 39631-053
HAZELTON UNITED STATES PENITENTIARY
P.O. Box 2000
Bruceton Mills, WV 39631-053


                              /s/
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530