UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY,<br><br>      Plaintiff<br><br>      v.<br><br>ALBERTO GONZALES,<br>  et al.<br><br>      Defendants. | Civil Action No. 07-0318 (ESH) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Alberto Gonzales, U.S. Attorney General, et al. respectfully move for an enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Defendants' response is currently due on or about May 3, 2007. Defendants respectfully request an enlargement of time until June 4, 2007, to file an answer or otherwise respond to the complaint. In support of this request, Defendants state as follows:

1. The Defendants, in coordination with the undersigned Special Assistant United States Attorney (SAUSA), are still in the process of collecting information necessary to respond to this complaint.

2. The undersigned SAUSA is presently preparing for a trial before the United States District Court of the District of Columbia, scheduled from May 7-18, 2007 and has two other responsive pleadings due on May 3, 2007.

3. Due to the press of work, Defendant requires additional time to prepare its response.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

                                     Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
JASPER LLOYD DOCKERY,            )
                                                    )
        Plaintiff                        )
                                                    )
                                                    ) Civil Action No. 07-0318 (ESH)
        v.                                      )
                                                    )
ALBERTO GONZALES,                     )
    et al.                                     )
                                                    )
        Defendants.                  )
_____)

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this

____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before June 4, 2007.


_____
UNITED STATES DISTRICT JUDGE