UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY,<br><br>    Plaintiff<br><br>    v.<br><br>ALBERTO GONZALES,<br>   et al.<br><br>    Defendants. | Civil Action No. 07-0318 (ESH) |

**DEFENDANTS' SECOND MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Alberto Gonzales, U.S. Attorney General, et al. respectfully move for a second enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Defendants' response is currently due on June 4, 2007. Defendants respectfully request an enlargement of time until July 5, 2007, to file an answer or otherwise respond to the complaint. In support of this request, Defendants state as follows:

1. The undersigned Special Assistant United States Attorney who is assigned primary responsibility for this matter has been out of the office handling a large number of depositions these past two weeks. Counsel has also has numerous depositions scheduled in the month of June, 2007.

2. Agency counsel has been diligently pursuing this matter, however, due to the press of other work, is still in the process of collecting information necessary to respond to this complaint. Agency counsel has been in communications with a number of Agency offices regarding the issues raised in this complaint and expects to provide

the undersigned counsel with the requisite information to file an answer or otherwise respond to the complaint shortly.

3. For these reasons, Defendant requires additional time to prepare its response. Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing Defendant's Second Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

**JASPER DOCKERY**
No. 39631-053
HAZELTON UNITED STATES PENTIENTIARY
P.O. Box 200
Bruceton Mills, WV 39631

**JASPER DOCKERY**
No. 39631-053
U.S.P. Pollock, POB, 2099
Pollock, LA 71461

on this 4th day of June, 2007.

_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY,<br><br>        Plaintiff<br><br>        v.<br><br>ALBERTO GONZALES,<br>    et al.<br><br>        Defendants. | Civil Action No. 07-0318 (ESH) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this

____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before July 5, 2007.

_____
UNITED STATES DISTRICT JUDGE