UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASPER LLOYD DOCKERY,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0318 (ESH) |
| **ALBERTO GONZALEZ,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff moves to compel the disclosure of information that is the subject of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Because the granting of this discovery motion "would be tantamount to granting the final relief sought" from the complaint, *Tax Analysts v. IRS*, 410 F.3d 715, 722 (D.C. Cir. 2005) (citation and internal quotation marks omitted), it is hereby

**ORDERED** that plaintiff's motion to compel [Dkt. No. 8] is **DENIED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 5, 2007