UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUN 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JASPER LLOYD DOCKERY )

    Plaintiff )

v. ) Civil Action No. 07-0318(ESH)

ALBERTO GONZALIES, )

    Defendants )

## PLAINTIFF'S RESPOND TO DEFENDANTS MOTION TO ENLARGE TIME

Jasper Dockery hereby answer Defendants' second motion to enlarge time to file answer or otherwise respond to complaint.

1. In paragraph 2 of defendants' motion, states, agency counsel has been in communication with a number of agency offices regarding the issue raised in this complaint and expect to provide the undersigned counsel with the requisite information to file an answer or otherwise respond to the complaint shortly.

2. Mr Dockery has anticipate that Defendants will provide, the computer matching and privacy protection Act of 1988[1] database for each agency supportive/matching of collecting information necessary to respond to this complaint.

3. The privacy Act of 1974 is a companion of the **FOIA**. The privacy Act regulates Federal and States Governments agencies recordkeeping and disclosure practices.

---

[1] 102 Stat 2507 During the 100th Congress, major amendment were made to the Privacy Act of 1974. The Computer Matching and Privacy Protection Act of 1988, address new provision to the privacy Act.

The Act allows most individuals to seek access to Federal and States agencies records about themself. The act requires that personal information in agency files be accurate, complete, relevant, and * * timely. The subject of the record may challenge the accuracy of information.

4. Another important feature of the privacy Act is the requirement that each Federal and States agencies publish a description of each system of records maintained by the agency that contains personal information.

5. Mr. Dockery is requesting a description of each system of records information, maintained by each agencies that contains his records or information responsive to complaint but not limited to its computer matching and privacy protection/database, printout, and tapes, and disk.

6. Mr. Dockery is requesting all agencies guid include index and description of all major information systems of each agencies, and guidance for obtaining various types and categories of public information from the agencies, and to including search report from (each major information system of each agencies) the computer matching and privacy protection Act designated database, that contain the information it will provide, such as printout, or written on tape, or disk.

7. During the 101st Congress, the privacy Act of 1974 was amended through further adjustments to the computer matching and privacy * * protection Act of 1988. Therefore, all information agencies data shall be supportive of computer/matching protection/database, data is printout on paper or written on computer tape and computer disk.

Your cooperation with these matters will be greatly appreciative.

                                      Respectfully submitted,

                                      Jasper L. Dockery
                                      #39631-053
                                      United States Penitentiary
                                      P.O. Box 2099
                                      Pollock LA, 71467.

                                                                                  <u>6/17/07.</u>

CC: Jeffery A. Taylor, D.C. Bar #498610
    United States Attorney


CC: Rudolph Contreras, D.C. Bar #434122
    Assistant United States Attorney


CC: Quan K Luong
    Special Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4417
    Washington, D.C. 20530
    (202) 515-9150(tel)
    (202) 514-8780(fax)