UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| JASPER LLOYD DOCKERY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action No. 07-0318 (ESH) |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES**
**MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. §636(c)(3), defendants[1] hereby voluntarily

waive their right to proceed before a District Judge of the United States District Court and consent

to have a United States District Judge Magistrate conduct any and all further proceedings in this case,

including trial.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and

it is impracticable for the undersigned to contact him regarding this consent.[2]  Accordingly, the

_____

[1] Though plaintiff lists Alberto Gonzales, Attorney General of the United States and
William G. Stewart, II, Acting Assistant Director, Executive Office for United States Attorneys
as defendants, it is well settled that only federal agencies are proper party defendants in FOIA
litigation.  See 5 U.S.C. § 552(f)(1) (defining the term "agency"); see also Megibow v. Clerk of
U.S. Tax Court, 432 F.3d 387, 387 (2d Cir. 2005) (concluding, on issue of first impression, that
United States Tax Court is not subject to FOIA); Petrus v. Bowen, 833 f.2d 581, 582 (5th Cir.
1987) ("Neither the Freedom of Information Act nor the privacy Act creates a cause of action for
a suit against an individual employee of a federal agency.")

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with
"opposing *counsel.*" It does not require counsel to discuss those motions with pro se parties.
Nonetheless, it has been the general practice of this office to attempt to discuss such motions
with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil

signed consent form has been mailed to plaintiff herewith.  If plaintiff consents to proceed before

a magistrate judge, plaintiff is requested to sign the consent form and return it to the undersigned

counsel, who will file it with the Court upon receipt thereof.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-
and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any
nonprisoner pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a)
(emphasis added).

## CERTIFICATE OF SERVICE

_____ I certify that on July 3rd, 2007, a true and correct copy of the foregoing was sent by first class

mail, postage prepaid to:

**JASPER DOCKERY**
No. 39631-053
U.S.P. Pollock
P.O. Box 2099
Pollock, LA  71461

_____/s/_____
Quan K. Luong
Special Assistant United States Attorney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|                          |     |                       |
|--------------------------|-----|-----------------------|
|                          | )   |                       |
| Plaintiff(s)             | )   |                       |
|                          | )   |                       |
| v.                       | )   | Civil Action No._____ |
|                          | )   |                       |
|                          | )   |                       |
| Defendant(s)             | )   |                       |

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. ' 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____
Attorney for the Plaintiff(s)                                      Date

_____
Attorney for the Defendant(s)                                     Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.' 636(c)(3) and the foregoing consent of the parties.

_____
United States District Judge                                      Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
        TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| JASPER LLOYD DOCKERY, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
|  | ) Civil Action No. 07-0318 (ESH) |
| v. | ) |
|  | ) |
| ALBERTO GONZALES, | ) |
| et al. | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

**<u>ORDER</u>**

Upon consideration of the Parties' mutual consent, it is this _____ day of

_____, 2007

ORDER that the foregoing matter shall be referred to a United States Magistrate Judge

for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c)(3)

and the foregoing consent of the parties.

_____
United States District Court Judge