UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 07-0318 (ESH) |
| ALBERTO GONZALES, et al. | ) |
| Defendants. | ) |

## ANSWER

Defendants hereby respond to the complaint as follows.

### First Affirmative Defense

The complaint names improper parties as defendants.[1]

### Second Affirmative Defense

The plaintiff has failed to state a claim upon which relief can be granted.

### SPECIFIC RESPONSES

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, defendants further respond to plaintiff's complaint as follows by responding to the following allegations reflected in plaintiff's complaint:

---

[1] Though plaintiff lists Alberto Gonzales, Attorney General of the United States and William G. Stewart, II, Acting Assistant Director, Executive Office for United States Attorneys as defendants, it is well settled that only federal agencies are proper party defendants in FOIA litigation. See 5 U.S.C. § 552(f)(1) (defining the term "agency"); see also Megibow v. Clerk of U.S. Tax Court, 432 F.3d 387, 387 (2d Cir. 2005) (concluding, on issue of first impression, that United States Tax Court is not subject to FOIA); Petrus v. Bowen, 833 f.2d 581, 582 (5th Cir. 1987) ("Neither the Freedom of Information Act nor the privacy Act creates a cause of action for a suit against an individual employee of a federal agency.")

**II.     Previous Lawsuits**

A.     Defendants are without information sufficient to admit or deny whether or not the plaintiff has begun lawsuits in state or federal court dealing with the same or similar facts involved in this action.

B.     Defendants are without information sufficient to admit or deny whether or not the plaintiff has begun lawsuits in state or federal court relating to his imprisonment.

C1.    Defendants admit that plaintiff has filed a previous lawsuit.

C2.    Defendants admit that the lawsuit was filed in the United States District Court for the Eastern District of New York.

C3.    Defendants admit that the docket number is CV 97-3584.

C4.    Defendants admit that the judge to whom the case was assigned is Judge Ross.

C5.    Defendants admit that the matter is still pending.

C6.    Defendants admit that the lawsuit was filed in 1997.

C7.    Defendants admit that the matter is still pending.

**III.    Place of Confinement**

Defendants admit that the plaintiff is confined at the United States Penitentiary in Pollock, LA.

A.     Defendants admit that there is a prisoner grievance procedure in the institution.

B.     Defendants are without information sufficient to admit or deny whether or not the plaintiff presented the facts relating to his complaint in the prisoner grievance procedure.

C1.    Defendants admit that the plaintiff filed a complaint with the United Stats District Court for the District of Columbia naming as defendants Alberto Gonzales and William Stewart.

  C2. Defendants admit that the plaintiff's complaint referenced in C1 above was in writing.

  C3. This statement constitutes either legal conclusions or plaintiff's characterization of his compliant, to which no answer is required.

  C4. This statement constitutes either legal conclusions or plaintiff's characterization of his compliant, to which no answer is required.

  F. Defendants admit that plaintiff sent a letter to defendants relating to his FOIA request in or around October, 2006.

  **IV.** **Parties**

  1. Defendants admit that Jasper L. Dockery is the plaintiff in this matter and that plaintiff is incarcerated at the United States Penitentiary in Pollock, LA.

  2. Defendants admit that plaintiff named as defendants Alberto Gonzales and William G. Stewart, but denies that they are proper parties in this complaint. See fn 1.

  **V.** **Statement of Claim**

  1. This first paragraph constitutes either plaintiff's characterization of his complaint or a prayer for relief, to which no answer is required.

  2. With respect to the second paragraph, defendants admit that on or about September 8, 2006, the Executive Office of United States Attorneys (EOUSA) received a FOIA request from the plaintiff and that FOIA request is submitted as an attachment to plaintiff's complaint as exhibit 3.  Defendants also admit that on or about September 27, 2006, the EOUSA sent plaintiff a letter acknowledging receipt of his FOIA request and that letter is submitted as an attachment to plaintiff's complaint as exhibit 1.

      3.      The first and second sentences of the third paragraph constitute either legal conclusions or plaintiff's characterization of his compliant, to which no answer is required. The third and fourth sentences of this paragraph constitute a prayer for relief, to which no answer is required. Defendants admit that the Legal Information Office Network Systems (LIONS) is a computer case tracking system used to search for plaintiff's FOIA request. Regarding the last sentence, defendants admit that plaintiff attached to his complaint a copy of a declaration by Teresa L. Davis.

      **VI.    Relief**

      1.      This paragraph constitutes either legal conclusions or a prayer for relief, to which no answer is required.

Defendants deny any remaining allegations not specifically admitted above.

WHEREFORE, having fully answered, defendants respectfully request that this action be dismissed with prejudice and that the Court grant defendants their costs and such other relief as may be appropriate.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney

                                                    ____/s/_____
                                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                    Assistant United States Attorney

                                                      _____/s/_____
                                                    QUAN K. LUONG
                                                    Special Assistant United States Attorney
                                                    555 Fourth Street, N.W., Room E-4417
                                                    Washington, D.C. 20530

                    (202) 514-9150 (telephone)  
                    (202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

_____I certify that on July 5th, 2007, a true and correct copy of the foregoing was sent by first class mail, postage prepaid to:

**JASPER L. DOCKERY**
No. 39631-053
U.S.P. Pollock
P.O. Box 2099
Pollock, LA  71461

_____/s/_____
Quan K. Luong
Special Assistant United States Attorney