# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| **JASPER LLOYD DOCKERY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-0318 (ESH)** |
| ) | |
| **ALBERTO GONZALEZ** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## ORDER

Defendants, through counsel, filed an answer to the complaint on July 5, 2007.  In their answer, defendants assert, *inter alia*, that the complaint names improper parties and fails to state a claim upon which relief may be granted.  This Freedom of Information Act case filed by a prisoner proceeding *pro se* is exempt from the duty to confer under Local Civil Rule 16.3, as well as from the requirements of Federal Rules of Civil Procedure 16(b) and 26(f).  *See* Local Civil Rule 16.3(b).  An Answer therefore does little to advance the proceedings. Accordingly, it is

**ORDERED** that defendants shall file a dispositive motion by August 1, 2007.

**SO ORDERED**.


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 9, 2007