UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASPER LLOYD DOCKERY
PLAINTIFF

V.

CIVIL ACTION NO.
07-0318 (ESH)

ALBERTO GONZALES
ET al
DEFENDANTS

RECEIVED
JUL 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF FIRST MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' ACTION.

PLAINTIFF JASPER DOCKERY RESPECTFULLY MOVE FOR THE FIRST TIME ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' ANSWER AND MOTION TO DISMISSED, PURSUANT TO Rule 6(b)(1) OF FEDERAL Rules OF CIVIL PROCEDURE.

PLAINTIFF ASSERTS THE PENITENTIARY WHICH HE HAS BEEN HELD IS CURRENTLY UNDER LOCK-DOWN STATUS AND MAY RE-OPEN TO THE GENERAL PRISONERS'

population on or about Tuesday or Wensday 17-18 of 2007.

Rule 12(2) states a party served with a pleading standing a cross-claim against that party shall served an answer thereto within 20 days after being served. The plaintiff shall served an reply to a counter-claim in the answer within 20 days after served with the answer.

Plaintiff Respectfully Request an enlargement of time until July 31, 2007 to file an answer or otherwise respond to defendants' answer and motion to dismissed his action.

For the Reason stated Plaintiff Respectfully Requested that his motion be granted.

7/16/07

Respectfully submitted
Casper L Dockery
#39631053
United States Penitentiary
P.O. Box 2099
Pollock, LA. 71467.

## CERTIFICATE OF SERVICE

JASPER DOCKERY, being duly sworn deposes and says:

That on the 16 day of July I served a copy of Motion to enlarge time on defendants at their designated business address 555 Fourth Street, N.W. Room E-4417 Washington D.C. 20530. This address known to plaintiff as defendants' attorneys address.