UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JASPER LLOYD DOCKERY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0318 (ESH) |
| **ALBERTO GONZALES**, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Plaintiff moves to enlarge the time for him to respond to defendants' answer, to which his response is not required, and to their motion to dismiss, which has not yet been filed. Accordingly, it is

**ORDERED** that plaintiff's motion to enlarge the time [Dkt. No. 15] is **DENIED**. Plaintiff is reminded, however, that he has until August 7, 2007, to file a notice stating his consent to proceed for all purposes before a magistrate judge or his objection thereto.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 19, 2007