UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 07-0318 (ESH) |
| ) | |
| ALBERTO GONZALES, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTION

Defendants Alberto Gonzales, U.S. Attorney General, et al. respectfully move for an enlargement of time to file a dispositive motion in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Pursuant to the Court's July 9, 2007 Order, defendants were ordered to file a dispositive motion by August 1, 2007. Defendants respectfully request that they be allowed a brief enlargment of time to file a dispositive motion by August 31, 2007. The grounds for the motion are set forth below.

Defendants are currently processing the plaintiff's FOIA request. However, Agency counsel has informed the undersigned that it requires additional time in order to complete the processing of the request by finalizing the search for the requested records and processing and then analyzing the results. Once the search for the requested information has been completed, the agency must determine if all or part of requested records are reproducible. Next, the agency will make a determination upon plaintiff's fee waiver request. When the request has been processed, the agency will release relevant information to plaintiff, pursuant to any FOIA exemptions and fee collection. The agency will then prepare a declaration. Defendants are proceeding reasonably to respond to the FOIA request.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JASPER LLOYD DOCKERY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 07-0318 (ESH) |
| | ) | |
| **ALBERTO GONZALES, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion to Enlarge Time to File Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby:

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that Defendants shall file a dispositive motion on or before August 31, 2007.

_____
UNITED STATES DISTRICT JUDGE