UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JASPER LLOYD DOCKERY

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE FREEDOM
OF INFORMATION/PRIVACT ACTS (FOIA/PA)

    Defendant

: Civil Action No: 07-0318(ESH)

HONORABLE UNITED STATES JUDGE
ELLEN SEGAL HUVELL

### NOTICE STATING CONSENT TO PROCEED FOR ALL PRE TRIAL PURPOSES BEFORE A MAGISTRATE JUDGE AND OBJECTION TO MAGISTRATE JUDGE TRIAL OF THE CASE AND INVOKE ARTICLE 111 JUDGE FOR TRIAL OF THE CASE.

PLEASE TAKE NOTICE that upon the annexed affidavit of Jasper Dockery sworn to the 3 day of August 2007 and upon the accusatory instrument and all other papers filed and proceedings had herein, plaintiff move this Court on August 7, 2007 or as soon thereafter as the matter may be heard, for an order assigned a magistrate Judge for pre trial purposes only and for all other proceeding shall be conducted by Article 111 Judge and Court of Appeals Judges.

WHEREFORE, I respectfully request that this Court enter an order, for the case to proceed in accordingly to this notice and rules that is the subjects of this notice.

                     Respectfully submitted

                     Jasper L Dockery
                     United States Penitentiary
                     P.O. Box 2099
                     Pollock LA 71467

                                                                      8/3/07.

## VERIFICATION

DISTRICT OF COLUMBIA

WASHINGTON D.C.        ss:                    Civil Action No: 07-0818(ESH)

    Jasper Dockery being duly sworn, deposes and says that under the penalty of perjury pursuant to 28 USC § 1746(2) deponent is the plaintiff in the above-encaptioned proceeding, that I have read the foregoing NOTICE of consent( to proceed for all pre trial purposes with a United States Magistrate Judge, and for the case to be tried by Article 111 Judge and if there will be an appeal the court of appeals shall revue the matter) and knows the contents thereof, that the same is true to deponent's own knowledge.

Respectfully Yours

*/s/ Jasper L. Dockery*
Jasper L. Dockery
#39631-053
United States Penitentiary
P.O. Box 2099
Pollock LA 71467

8/3/07.

CC: Copy sent to the following:

Jeffery A. Taylor DC Bar#498610
United States Attorney

Rudolph Contreras, DC Bar #43122
Assistant United States Attorney.

Quan K. Luong
Special Assistant U.S. Attorney
555 Fourth St NW room E-4417
Washington DC 20530.