## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-0318 (ESH) |
| | ) |
| ALBERTO GONZALES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

In a Notice filed August 8, 2007, plaintiff does not consent to referring this Freedom of Information Act case to a magistrate judge for all purposes. *See* Dkt. No. 20 (consenting to referral only for pre-trial matters). This case therefore will remain with the undersigned judge. Plaintiff has pending a motion to amend the complaint to name the proper defendant. Defendants, who have until August 31, 2007 to file a dispositive motion, have not opposed the motion. The amended complaint does not materially alter the original complaint. Accordingly, it is

**ORDERED** that plaintiff's motion to amend the complaint [Dkt. No. 19] is **GRANTED**.

                                                   /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: August 13, 2007