UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 07-0318 (ESH) |
| ) | |
| DEPARTMENT OF JUSTICE, EXECUTIVE ) | |
| OFFICE OF UNITED STATES ATTORNEYS ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' SECOND MOTION TO ENLARGE TIME
TO FILE DISPOSITIVE MOTION**

Defendant United States Department of Justice, Executive Office of United States Attorneys, respectfully moves for a second enlargement of time to file a dispositive motion in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Pursuant to the Court's August 7, 2007 minute order, defendant's dispositive motion is currently due August 31, 2007. Defendant respectfully requests that it be allowed a brief enlargement of time to file a dispositive motion by September 28, 2007. The grounds for the motion are set forth below.

1. Agency counsel has advised the undersigned that the Agency is still in the process of completing the processing of the Plaintiff's FOIA request by finalizing the search for the requested records and then processing and analyzing the results. Specifically, Agency counsel has advised that the Agency has recently requested files from the Agency's records center in Suitland, MD and will need to review those files to complete its search. Agency counsel advises that the files should be received within the next week or two.

2. Upon receipt of these files, the Agency will review the files and release any

responsive information to plaintiff, pursuant to any FOIA exemptions and possibly, fee collection. The agency will then require additional time to prepare a declaration for Defendant's dispositive motion.

3. Defendant is proceeding reasonably to respond to the FOIA request and does not anticipate filing any additional extensions with regard to its dispositive motion.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASPER LLOYD DOCKERY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )     Civ. A. No. 07-0318 (ESH) |
| | ) |
| **DEPARTMENT OF JUSTICE, EXECUTIVE** | ) |
| **OFFICE OF UNITED STATES ATTORNEYS** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Second Motion to Enlarge Time to File Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby:

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that Defendant shall file a dispositive motion on or before September 28, 2007.

_____
UNITED STATES DISTRICT JUDGE