## CERTIFICATE OF SERVICE

_____I certify that on August 31st, a true and correct copy of the Defendants' Second Motion to Enlarge Time to File Dispositive Motion, Docket Entry 23, was sent by first class mail, postage prepaid to:

    **JASPER L. DOCKERY**
    No. 39631-053
    U.S.P. Pollock
    P.O. Box 2099
    Pollock, LA  71461

                                         _____/s/_____
                                         Quan K. Luong
                                         Special Assistant United States Attorney