RECEIVED
SEP 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASPER LLOYD DOCKERY

    Plaintiff,

    v.

DEPARTMENT OF JUSTICE, EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

    Defendants.

Civ. A. No.07-0318(ESH)

## PLAINTIFF NOTICE OF MOTION REQUESTING APPOINTMENT OF COUNSEL

PLEASE TAKE NOTICE, that upon the annexed affidavit of Jasper Dockery sworn to the 7 day of September 2007 and documents attached hereto and upon the accusatory instrument and all other papers filed and proceedings had herein, Plaintiff will move this Court, at the Courthouse located at 333 Constitution Ave Washington D.C. North West, on September 28, 2007 or as soon thereafter as the motion shall be ** heard, for an order, pursuant 28 USC § 1915(e)(1) the plaintiff is * requesting the court to appoint an attorney to represent him because he is unable to afford counsel.

Defendants' counsel have taken the position, that because plaintiff is a prisoner, appearing herein pro se, Local Rule 7(m) does not apply and the undersigned have made not efforts to contacted him regarding the subject matter case. (Plaintiff invoke F.R.Crim.P.6(e)(iii)(F)).

Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel", it does not require counsel to discuss these motions with pro se parties. Nontheless, it has been the general practice of defendants' office to attempt to discuss such motions with

nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes * * * prisoner pro se parties from the Court's meet-and-confer-requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner * * pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added) stating defendants.

AGYEMAN V. CORRECTIONS CORP. OF AMERICA 390 f.3d 1101(9th Cir.2004) (held that complexity of action was exceptional circumstance that warranted appointment of counsel.) See also Fed.R.Crim.P.6(e)(3)(E)(i).

## CONCLUSION

WHEREFORE, Plaintiff Jasper Dockery respectfully request that for all of the foregoing reasons, and the reasons set forth herein Jasper Dockery is requesting that the court grant this motion, pursuant to FRCP 1915(e)(1) and for such other, further relief as to the Court may seem just and proper.

September 7, 2007.

Respectfully submitted

Jasper L. Dockery
#39631-053
United States Penitentiary
P.O. Box 2099
Pollock LA 71467.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASPER LLOYD DOCKERY

    Plaintiff

    v.

DEPARTMENT OF JUSTICE, EXECUTIVE
OFFICE OF UNITED STATES ATTORNEY

    Defendants

Civ.A. No.07-0318(ESH).

**AFFIDAVIT IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 28 USC § 1915(e)(1).**

JASPER DOCKERY, being duly sworn, deposes and says, under penalty of purjury pursuant to 28 USC § 1746 the foregoing statements made in this affidavit is true and correct to the best of my knowledge, as follows:

I am the plaintiff in the above-entitled proceeding. I make this affidavit in support of my motion, pursuant to section 28 USC § 1915(e)(1) is a request to this Honorable Court to appoint counsel to his case because Dockery Jasper, cannot afford to pay for counsel.

In proceedings in forma pauperis, this court "may request an attorney to represent me due to fact I am unable to afford counsel". 28 U.S.C. § 1915(e)(1).

The ground(s) for relief described by this affidavit has not previously determined on the merits upon a prior motion or proceeding in this case.

wHEREFORE, I respectfully request that this court enter an order, granting this motion pursuant to 1915(e)(1) and granting such other and

further relief as the Court may deem just and proper.

Respectfully submitted

*Jasper Dockery*
Jasper L. Dockery
#39631-053
United States Penitentiary
P.O. Box 2099
Pollock LA 71467

## CERTIFICATE OF SERVICE

Jasper Dockery, certify that on September 7, 2007 a true and correct copy of the plaintiff's motion for appointment of Counsel, was sent by first class mail, postage prepaid to:

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)