UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 07-0318 (ESH) |
| ) | |
| DEPARTMENT OF JUSTICE, EXECUTIVE ) | |
| OFFICE OF UNITED STATES ATTORNEYS ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' THIRD MOTION TO ENLARGE TIME
### TO FILE DISPOSITIVE MOTION

Defendant United States Department of Justice, Executive Office of United States Attorneys, respectfully moves for an additional enlargement of time to file a dispositive motion in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Pursuant to the Court's August 31, 2007 minute order, defendant's dispositive motion is currently due September 28, 2007. Defendant respectfully requests that it be allowed a brief enlargement of time to file a dispositive motion by October 5, 2007. In support of its request, defendant advises that Agency counsel has advised the undersigned that the Agency has recently completed the processing of the Plaintiff's FOIA request and that it expects to respond to Plaintiff's FOIA request within the next couple of days. Moreover, Agency counsel is still in the process of preparing the declaration that will be submitted with the defendant's dispositive motion. Finally, Agency counsel advises that his office has been undergoing an extensive renovation that has impacted his ability to expediently address this matter.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and

the undersigned have not made efforts to contact him regarding this motion.[1]

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

_____I certify that on September 28th, 2007, a true and correct copy of the foregoing was sent by first class mail, postage prepaid to:

**JASPER L. DOCKERY**
No. 39631-053
U.S.P. Pollock
P.O. Box 2099
Pollock, LA  71461

_____/s/_____
Quan K. Luong
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASPER LLOYD DOCKERY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civ. A. No. 07-0318 (ESH) |
| ) | |
| **DEPARTMENT OF JUSTICE, EXECUTIVE** ) | |
| **OFFICE OF UNITED STATES ATTORNEYS** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Third Motion to Enlarge Time to File Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby:

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that Defendant shall file a dispositive motion on or before October 5, 2007.

_____
UNITED STATES DISTRICT JUDGE