# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER LLOYD DOCKERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 07-0318 (ESH) |
| v. | ) |
| | ) |
| ALBERTO GONZALES, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Special Assistant United States Attorney Quan K. Luong.

Dated: October 9, 2007                         Respectfully submitted,


                                                /s/
                                                QUAN K. LUONG


                                                /s/
                                                BLANCHE L. BRUCE
                                                D.C. Bar No. 960245
                                                Assistant United States Attorney
                                                555 Fourth St., N.W.
                                                Washington, D.C. 20530
                                                (202) 307-6078