UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
OCT 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JASPER LLOYD DOCKERY

    Plaintiff        :

v.

DEPARTMENT OF JUSTICE, EXECUTIVE   :  Civ.A.No.07-0318(ESH)
OFFICE OF UNITED STATES ATTORNEYS

    Defendants        :

**PLAINTIFF'S SECOND MOTION TO ENLARGE TIME TO FILE ORDER TO SHOW CAUSE RESPONSIVE MOTION WHY HIS COMPLAINT SHALL NOT BE DISMISSED**

Plaintiff respectfully moves this court pursuant to Rule 6(b)(1) for an order extend timeline until November 28, 2007 to show cause why his case should not be dismissed on the basis of mootness or summary * Judgment. I am diagnosis with glaucoma and have been on medication for such illness. It severely cause vision impairment when I read and write for long time. I received defendants motion about 5 days prior to the below date herein. I need the time to show cause, why the case is not moot nor summary judgment is require. I will have to research the case law and drawf the writ.

    For the reason stated above plaintiff respectfully requesting the time to be extend for November 28 2007.

Respectfully Submitted
Jasper L. Dockery
United States Penitentiary
P.O. Box 2099
Pollocl LA 71467

10/15/07.