UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASPER LLOYD DOCKERY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0318 (ESH) |
| ) | |
| **ALBERTO GONZALES,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion for summary judgment [Dkt. No. 29] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendants.  **This is a final appealable Order.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 6, 2007