UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASPER LLOYD DOCKERY        :

       Plaintiff        :   NOTICE OF APPEAL

V.        CIVIL NO 07-0318(ESH)

U.S. DEPARTMENT OF JUSTICE EXECUTIVE        :
OFFICE FOR FREEDOM OF INFORMATION/PA ACT.

       Defendants        :

PLEASE TAKE NOTICE, that Plaintiff Jasper Dockery hereby appeal pursuant to Rule 4 FRCP to the United States District Court for the District of Columbia from the December 6, 2007 judgment made and entered by Honorable Ellen Segal Huvelle Granting summary judgment for defendants on notion to dismissed moot or summary judgment, and that this appeal is taken from said judgment and from each and every part thereof and every intermediated order therein.

By: *Jasper Dockery*
Jasper Dockery
United States Penitentiary
P.O. Box 2099
Pollock LA 71467.

12/11/07.

To: Quan K. Luong
U.S. Attorney
555 Fourth Street N.W.
Room E-4417
Washington DC 20530

To: Clerk of Unuted States District Court
for District of Columbia
333 Constitution Ave N.W. Washington DC.

**RECEIVED**

DEC 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT