# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5415**

**September Term 2007**

**07cv00318**

**Filed On: June 10, 2008** [1120915]

Jasper Lloyd Dockery,

    Appellant

    v.

Michael B. Mukasey, Attorney General,

    Appellee



## O R D E R

By order filed April 14, 2008, appellant was to either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, or file a motion in district court for leave to proceed on appeal in forma pauperis, and submit certain submissions to this court, by May 14, 2008. The order was sent to appellant by warden letter. To date, appellant has not complied with the court's April 14, 2008 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 25, 2008.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       Elizabeth V. Scott
       Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:_____
                       Deputy Clerk